AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| FATBOY THE ORIGINAL B.V. and FAT BOY USA, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE WOODEN TOYZ D/B/A CHILLOUT BUDDY, MUHSIN KAYIKCI, and JASON BONO <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE WOODEN TOYZ D/B/A CHILLOUT BUDDY
MUHSIN KAYIKCI
JASON BONO

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott K. Behrendt        David Donahue
Edward E. Johnson        Jason D. Jones
THEODORA ORINGHER PC     FROSS ZELNICK LEHRMAN & ZISSU, P.C.
1840 Century Park East, Suite 500    866 United Nations Plaza
Los Angeles, California 90067-2120   New York, New York 10017
T: (310) 557-2009/F: (310) 551-0283  T: (212) 813-8279 / F: (212) 813-5901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*